# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN LANE,**

       **Plaintiff,**

**v.**                                                                 Case No:   6:16-cv-1993-Orl-22TBS

**BLUESTEM BRANDS, INC.,**

       **Defendant.**

## ORDER OF DISMISSAL

Upon the parties' Joint Stipulation of Dismissal without Prejudice (Doc. No. 18), filed August 29, 2017, it is **ORDERED** and **ADJUDGED** that

1. This cause is hereby **DISMISSED WITHOUT PREJUDICE.**

2. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on August 29, 2017.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
James R. Betts, Mediator